,IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELVER BENIGNO ZUNIGA MEJIA, an individual, on behalf of himself and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN STAR RESTAURANT, INC., an Illinois corporation d/b/a GOLDEN APPLE GRILL & BREAKFAST HOUSE, and ATHANASIOS DALAKOURAS, an individual, <br><br> Defendants. | Case No.: 1:23-cv-0865 |

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT**

Plaintiffs, Elver Benigno Zuniga Mejia and Yony Eduardo Perez Zuniga ("Plaintiffs"), and Defendants, Golden Star Restaurant, Inc. and Athanasios Dalakouras ("Defendants"), collectively referred to herein as "the Parties," through their respective attorneys, for their Joint Motion for Court Approval of Settlement, state as follows:

1. Plaintiff, Elver Benigno Zuniga Mejia, filed this lawsuit against Defendants alleging claims for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/2, *et seq.* ("IMWL"), and the Chicago Minimum Wage Ordinance, City of Chicago Municipal Code, § 1-24, *et seq.* ("CMWO"), arising out of Plaintiff's former employment with Defendant Golden Star Restaurant, Inc.

2. On or about June 16, 2012, Zuniga filed a Consent to Become a Party Plaintiff in a Collective Action Under the FLSA. (ECF Doc. No. 13, 13-1).

3. Defendants deny the allegations contained in this lawsuit, including the allegations that Defendants violated the FLSA, IMWL, and CMWO.

4. The Parties have engaged in arm's length settlement negotiations through their respective counsel. As a result of these negotiations, the Parties have reached a mutually satisfactory settlement. The terms of the settlement are contained in the Release and Settlement Agreement provided to this Court for an *in camera* inspection.

5. When an employee asserts a claim against his or her employer or former employer for wages under the FLSA or IMWL, any settlement of that claim requires the court to review the settlement for fairness. *See Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986); *Lewis v. Giordano's Enterprises, Inc.*, 921 N.E.2d 740, 751 (1st Dist. 2009).

6. The Parties request that this Court approve the Settlement Agreement and General Release. This Court will find that the Release and Settlement Agreement is a fair and reasonable resolution of bona fide disputes under the purview of FLSA, IMWL, and CMWO. The settlement provides relief to Plaintiffs while simultaneously eliminating the inherent risks the Parties would bear if this litigation were to continue.

7. In addition, Plaintiffs' attorney fees and costs are reasonable because of the issues presented in this case, and the amount of resources dedicated to analysis and prosecution of Plaintiff's claims. *See Zolkos v. Scriptfleet, Inc.*, 2014 WL 7011819, at *1 (N.D. Ill. Dec. 12, 2014). Accordingly, the Parties respectfully request that this Court enter an order in which the Court holds that the proposed settlement reflects a fair and reasonable resolution of a bona fide dispute regarding the wages at issue. The Parties will send a proposed Order of Approval of Settlement pursuant to this Court's standing order.

WHEREFORE, for the foregoing reasons, Plaintiffs and Defendants respectfully request that this Court enter an order approving the Settlement Agreement and General Release as a fair and reasonable resolution of bona fide disputes under the FLSA, IMWL, and CMWO, and granting any other or further relief this Court deems just and proper.

Respectfully submitted,

| **Elver Benigno Zuniga Mejia, Plaintiff** | **Golden Star, Restaurant, Inc. and Athanasios Dalakouras, Defendants** |
|---|---|
| By: /s/ Timothy M. Nolan<br>One of his attorneys | By: /s/ Lisa Handler Ackerman<br>One of their attorneys |
| Timothy M. Nolan<br>Nolan Law Office<br>53 W. Jackson Blvd., Ste. 1137<br>Chicago, IL 60604<br>Ph: 312.322.1100<br>Fax: 312.322.1106<br>tnolan@nolanwagelaw.com | Lisa Handler Ackerman<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>55 West Monroe Street, Suite 3800<br>Chicago, IL 60603<br>Phone: (312) 821-6144<br>Facsimile: (312) 704-1522<br>lisa.ackerman@wilsonelser.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2023 a copy of the attached was filed electronically with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on all parties by CM/ECF Electronic Notification.

      */s/ Lisa Handler Ackerman*