## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elver Benigno Zuniga Mejia

                                              Plaintiff,

v.                                                                             Case No.: 1:23−cv−00865
                                                                             Honorable Sara L. Ellis

Golden Star Restaurant, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 10, 2023:

       MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for approval of settlement [37]. The Court finds the settlement fair and reasonable and reached after an arms' length negotiation. The Court dismisses this case with prejudice and with each party to bear its own costs and fees as stated in the settlement agreement. All pending motions and dates are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.